**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| Frazier S. Speaks, Jr., | |
|           Plaintiff, | 2:23-cv-00887-APG-VCF |
| v. | **ORDER** |
| City of North Las Vegas, | |
|           Defendant(s). | |

Before the court is *Frazier S. Speaks, Jr.*, case number 2:23-cv-887-APG-VCF.

A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

Accordingly,

IT IS HEREBY ORDERED that the parties must a proposed discovery plan and scheduling order on or before August 25, 2023.

DATED this 11th day of August 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE