STIP
MELANIE A. HILL (Nevada Bar No. 8796)
**MELANIE HILL LAW PLLC**
1925 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Tel: (702) 362-8500
Fax: (702) 362-8505
Email: Melanie@MelanieHillLaw.com
*Attorneys for Plaintiff Frazier S. Speaks, Jr.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FRAZIER S. SPEAKS, JR., | CASE NO.: 2:23-cv-00887-APG-MDC |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINES TO RESPOND TO CITY OF NORTH LAS VEGAS'S MOTION TO DISMISS OR, ALTERNATIVELY, MOTION FOR SUMMARY JUDGMENT [ECF Nos. 21, 22]** |
| vs. | |
| CITY OF NORTH LAS VEGAS, a municipal corporation, | |
| Defendant. | (First Request) |

Plaintiff, Frazier S. Speaks, Jr. ("Speaks"), by and through his counsel, Melanie Hill Law, and Defendant City of North Las Vegas ("CNLV"), by and through its counsel, Kaempfer Crowell, hereby stipulate to extend the deadlines for Mr. Speaks to respond to the City of North Las Vegas's Motion to Dismiss, or, Alternatively, Motion for Summary Judgment filed on August 14, 2024 [ECF Nos. 21, 22] from the current deadlines of August 28, 2024 and September 4, 2024 respectively to September 27, 2024. This Stipulation is made at the request of Plaintiff's counsel for the reasons set forth herein. This is the first request to extend the deadlines to respond to these dispositive motions.

In support of this Stipulation and Order, the parties state as follows:

1. The current deadlines to respond to the City of North Las Vegas's Motion to Dismiss, or, Alternatively, Motion for Summary Judgment filed on August 14, 2024 [ECF Nos. 21,

Melanie Hill Law PLLC
1925 Village Center Circle
Suite 150
Las Vegas, Nevada 89134
(702) 362-8500

22] is August 28, 2024 for the Motion to Dismiss and September 4, 2024 for the Motion for Summary Judgment.  To deal with the discrepancy with these response deadlines being seven days apart pursuant to Local Rule LR 7-2, and given that the motions were combined into one pleading such that it makes the most sense to respond to them together, the parties have agreed to extend the deadlines thirty days from today's date, August 28, 2024, which is Mr. Speaks' current deadline to respond to the Motion to Dismiss [ECF No. 21].

2.  Counsel for Plaintiff reached out to counsel for Defendant requesting the thirty-day extension of the response deadlines and the parties have agreed to align the deadlines and grant Mr. Speaks an extension until September 27, 2024 to respond to both motions.

3.  This stipulation to extend the dispositive motion deadlines is brought in good faith, with a showing of good cause, and is not sought for any improper purpose or other purpose of delay, but to allow counsel for the Plaintiff the additional time requested to respond to these two dispositive motions and align the deadlines to September 27, 2024.

/ / /

/ / /

/ / /

**Melanie Hill Law PLLC**
1925 Village Center Circle
Suite 150
Las Vegas, Nevada 89134
(702) 362-8500

WHEREFORE, the parties respectfully request by this stipulation that the Court extend the deadlines for Mr. Speaks to respond to the City of North Las Vegas's Motion to Dismiss, or, Alternatively, Motion for Summary Judgment filed on August 14, 2024 [ECF Nos. 21, 22] from the current deadlines of August 28, 2024 and September 4, 2024 respectively to September 27, 2024.

DATED this 28th day of August, 2024.

| MELANIE HILL LAW PLLC | KAEMPFER CROWELL |
|---|---|
| By: */s/ Melanie A. Hill*<br>MELANIE A. HILL<br>Nevada Bar No. 8796<br>1925 Village Center Circle, Ste. 150<br>Las Vegas, Nevada 89134<br>**Attorneys for Plaintiff Frazier S. Speaks, Jr.** | By: */s/ Lyssa S. Anderson*<br>LYSSA S. ANDERSON<br>Nevada Bar No. 5781<br>RYAN W. DANIELS<br>Nevada Bar No. 13094<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135<br>**Attorneys for Defendant City of North Las Vegas** |

IT IS SO ORDERED:

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

Dated: \_\_\_August 29, 2024_____

Melanie Hill Law PLLC
1925 Village Center Circle
Suite 150
Las Vegas, Nevada 89134
(702) 362-8500