**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FRAZIER S. SPEAKS, JR., <br><br> Plaintiff <br><br> v. <br><br> CITY OF NORTH LAS VEGAS, <br><br> Defendant | Case No.: 2:23-cv-00887-APG-MDC <br><br> **Order Granting Motion to Extend Time** <br><br> [ECF No. 28] |

I ORDER that the plaintiff's motion for an extension **(ECF No. 28) is GRANTED**. The plaintiff's responses to the pending motions to dismiss or for summary judgment (ECF Nos. 21, 22) are due by November 12, 2024. No further extensions will be granted absent extraordinary circumstances.

DATED this 23rd day of October, 2024.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE