LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:              (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com

*Attorneys for Defendant*
*City of North Las Vegas*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FRAZIER S. SPEAKS, JR., an individual;<br><br>                           Plaintiff,<br><br>vs.<br><br>CITY OF NORTH LAS VEGAS, a municipal corporation,<br><br>                           Defendants. | Case No.   2:23-cv-00887-APG-MDC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Frazier Speaks ("Plaintiff") and City of North Las Vegas ("CNLV"), through their respective counsel, that all of Plaintiff's claims are hereby dismissed, with prejudice, with each party to bear their own attorney

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3867416_1.docx  6943.210

Page 1 of 2

fees and costs.  Upon the Court granting this Stipulation, all pending Motions become moot and the Clerk of Court shall close the case.

DATED this <u>15th</u> day of November, 2024.

| MELANIE HILL LAW PLLC | KAEMPFER CROWELL |
|---|---|
| /s/ Melanie A. Hill | /s/ Lyssa S. Anderson |
| MELANIE A. HILL (8796)<br>1925 Village Center Circle, Ste. 150<br>Las Vegas, Nevada 89134 | LYSSA S. ANDERSON (Bar 5781)<br>KRISTOPHER J. KALKOWSKI (Bar 14892)<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada  89135 |
| **Attorneys for Plaintiff Frazier S. Speaks, Jr.** | **Attorneys for Defendant City of North Las Vegas** |

**ORDER**

**IT IS SO ORDERED.**

DATED this <u>18th</u> day of November, 2024.

_____
UNITED STATES DISTRICT JUDGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

3867416_1.docx  6943.210

Page 2 of 2